**Order entered October 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00832-CR

### ALONZO GRAYSON, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-81500-2012

## ORDER

The issues asserted by appellant Alonzo Grayson, Jr. in this appeal include a complaint respecting the trial court's denial of a motion to suppress a May 16, 2012 non-custodial statement made to police by appellant that appellant contends was involuntary. The appellate record in this case shows the trial court ruled on the voluntariness of that statement, but did not "enter an order stating its conclusion . . . along with the specific finding of facts upon which the conclusion was based" as required by article 38.22, section 6, of the Texas Code of Criminal Procedure. TEX. CODE CRIM. PROC. ANN. art. 38.22, § 6 (West Supp. 2013); *see Vasquez v. State*, 411 S.W.3d 918, 920 (Tex. Crim. App. 2013) (concluding "written findings are required in all cases concerning voluntariness," even when "neither party requested written findings at any level of the proceedings"); *see also Oursbourn v. State*, 259 S.W.3d 159, 171 (Tex. Crim. App.

2008) (section 6 of article 38.22 "applies to both an accused's custodial and non-custodial statements").

On this Court's own motion, we **ORDER** the trial court to (1) prepare a written order and findings of fact in accordance with article 38.22, section 6, and (2) transmit a supplemental record containing the order and findings of fact to this Court by November 3, 2014.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated without further order of this Court on November 3, 2014, or when the supplemental record containing the order and findings of fact is received in this Court, whichever is earlier.

/s/    DOUGLAS S. LANG
          JUSTICE